UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNTHOEUN NEM,<br><br>                       Petitioner,<br><br>     v.<br><br>MERRICK GARLAND et al.,<br><br>                      Respondents. | CASE NO. 2:24-cv-01601-DGE<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation (Dkt. No. 10) of Magistrate Judge Grady J. Leupold, and the remaining record de novo, and there being no objections, does hereby find and ORDER:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Petitioner's federal habeas Petition is DISMISSED without prejudice.

(3)    A certificate of appealability is DENIED in this case.

(4)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

1  **DATED** this 13th day of January, 2025.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2